**FILED**
November 04, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: BC
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. SA-19-CR-034-DAE |
| | § | |
| | § | **SUPERSEDING** |
| Plaintiff, | § | **INDICTMENT** |
| VS. | § | COUNT 1: 21 U.S.C. §§ 846, 841(a)(1) & |
| | § | 841(b)(1)(A): Conspiracy to Possess with |
| | § | Intent to Distribute Methamphetamine |
| | § | COUNT 2: 21 U.S.C. §§ 841(a)(1) and |
| | § | 841(b)(1)(A): Possession with Intent to |
| | § | Distribute Methamphetamine |
| | § | COUNTS 7, 8, 14, 15, & 17: 21 U.S.C. §§ |
| | § | 841(a)(1), 841(b)(1)(B) & 841(b)(1)(C) |
| WILLIAM GEORGE FAGAN III (01), | § | Possession with |
| MOSES PEREZ-VALENZUELA (04), | § | Intent to Distribute Methamphetamine; |
| | § | COUNT 10: 18 U.S.C. §§ 924(c)(1) |
| | § | Possession of a Firearm in Furtherance |
| Defendants. | § | of a Drug Trafficking Crime |
| | § | Cts 13 & 16: 18 U.S.C. §§ 922(g)(1), |
| | § | 924(a)(2) |
| | § | Felon in Possession of a Firearm |
| | § | Ct 17: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) |
| | § | Possession with Intent to Distribute Heroin |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)]**

That beginning on or about a date unknown in 2017 and continuing through and including January 2019, in the Western District of Texas and elsewhere, Defendant,

**WILLIAM GEORGE FAGAN III (01),**
**MOSES PEREZ-VALENZUELA (04),**

and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and agreed with others known and unknown to distribute and possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II

Controlled Substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

**COUNT TWO**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)]**

That on or about August 11, 2018, in the Western District of Texas, Defendant,

**WILLIAM GEORGE FAGAN (01),**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**COUNT SEVEN**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]**

That on or about November 2, 2017, in the Western District of Texas, Defendant,

**MOSES PEREZ-VALENZUELA (04)**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**COUNT EIGHT**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]**

That on or about December 17, 2018, in the Western District of Texas, Defendant,

**WILLIAM GEORGE FAGAN III (01)**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**COUNT TEN**
**[18 U.S.C. §§ 924(c)(1)]**

That beginning on or about September 10, 2017, to and including November 2, 2017, and to a date unknown to the Grand Jury in the Western District of Texas, the Defendant,

**MOSES PEREZ-VALENZUELA (04)**

did knowingly possess a firearm(s) in furtherance of a drug trafficking crime and did carry a firearm during and in relation to a drug trafficking crime that may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1).

**COUNT THIRTEEN**
**[18 U.S.C. §§ 922(g)(1), 924(a)(2)]**

That on or about November 2, 2017, in the Western District of Texas, Defendant,

**MOSES PEREZ-VALENZUELA (04)**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a .25 caliber Model RG26 handgun, serial number 408661, said firearm having been shipped and transported in interstate commerce, knowing he had been previously convicted of a felony offense, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

**COUNT FOURTEEN**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); 18 U.S.C. § 2]**

That on or about February 4, 2019, in the Western District of Texas, Defendant,

**WILLIAM GEORGE FAGAN III (01)**

did unlawfully, knowingly and intentionally possess and aid and abet the possession with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C) and Title 18, United

States Code, Section 2.

**COUNT FIFTEEN**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]**

That on or about May 30, 2019, in the Western District of Texas, Defendant,

**MOSES PEREZ-VALENZUELA (04)**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**COUNT SIXTEEN**
**[18 U.S.C. §§ 922(g)(1), 924(a)(2)]**

That on or about September 10, 2017, in the Western District of Texas, Defendant,

**MOSES PEREZ-VALENZUELA (04)**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a .38 caliber Taurus handgun, serial number SD22462, said firearm having been shipped and transported in interstate commerce, knowing he had been previously convicted of a felony offense, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

**COUNT SEVENTEEN**
**[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]**

That on or about September 10, 2017, in the Western District of Texas, Defendant,

**MOSES PEREZ-VALENZUELA (04)**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable

amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**

**[*See* Fed. R. Crim. P. 32.2]**

**I.**

**Drug Violations and Forfeiture Statutes**
**[Title 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846, subject to forfeiture pursuant to Title 21 USC §§ 853(a)(1) and (2)]**

As a result of the foregoing criminal violations set forth in Counts One, Two and Three above, the United States of America gives notice to Defendant MOSES PEREZ-VALENZUELA and WILLIAM GEORGE FAGAN III of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. Rule 32.2 and Title 21 USC §§ 853(a)(1) and (2), which state:

> **Title 21 USC § 853. Criminal forfeitures**
> **(a) Property subject to criminal forfeitures.**
> Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law –
> **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
> **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; ...

**II.**

**Firearm Violations and Forfeiture Statutes**
**[Title 18 U.S.C. § 924(c)(1)(B)(i), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]**

As a result of the criminal violations set forth above, the United States of America gives notice to Defendant MOSES PEREZ-VALENZUELA of its intent to seek the forfeiture of the

properties described below upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of . . . section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. **.38 caliber Taurus handgun, serial #SD22462.**
2. **.25 caliber Model RG26 handgun, serial number 408661**
3. **Any related ammunition and firearm accessories.**

A TRUE BILL

[redacted]

FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: [signature]
FOR MARGARET LEACHMAN
Assistant United States Attorney