UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | §<br>§<br>§ | |
| VS. | § | SA:19-CR-34-DAE |
| WILLIAM GEORGE FAGAN III<br>DEFENDANT | §<br>§<br>§ | |

## SENTENCING MEMORANDUM

COMES NOW the Defendant, WILLIAM GEORGE FAGAN III, and files this sentencing memorandum in support of 18 U.S.C. 3553 factors.

Respectfully submitted:

Adam Kobs
310 S. St. Mary's, Ste.1920
San Antonio, TX. 78205
Telephone 210.223.4177
Facsimile 210.223.4188
State Bar No. 24000991

Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Adam Kobs, certify that on the 31st day of July, 2021, a copy of the foregoing Sentencing Memorandum was electronically delivered to Margaret Leachman at the Assistant United States Attorney's office.

Adam Kobs

Toni Mullins
Lecturer, English Department
University of the Incarnate Word
317-500-1296

trmullin@uiwtx.edu
toniruthmullins@gmail.com

July 30, 2021

Dear Sir or Madam,

I would like to submit a letter of support on behalf of William Fagan, who is presently incarcerated in the Kerr County Detention Center. Billy is the brother of my daughter-in-law; I've known him for years through family interactions, allowing me to become familiar with his character in an informal and fairly intimate manner. I was shocked when Billy was arrested two and a half years ago, and I assured his sister, Becky, that it was certainly a mistake which would be cleared up quickly. At that point, she told me that Billy had been arrested before on drug charges which astonished me even more than the fact that was in jail.

Please know that I have been a teacher for almost fifty years, having retired from NEISD in 2011. I spent my last several years at the Alternative High School campus working with students who had made remarkably bad choices, usually having to do with drugs, theft, or vandalism. Some of our students practically grew up in JJA. We worked with homeless students, displaced hurricane refugees, and disaffected youngsters who angrily waited to age out of the system. One of our students was convicted of murder and arson. I'm familiar with the kinds of people who wind up in jail and prison.

This is why I was dumbfounded to find out that Billy was incarcerated. I've never known him to engage in any reckless behavior at all; for that matter, I've never seen him intoxicated. His demeanor is invariably modest and courteous. The man I know is bright, personable and gentle, always willing to offer help, and I've known him from within his home and among his family. I've never heard him say a thoughtless or unkind thing to anyone. He's funny, generous, and affectionate with nothing false or self-conscious about his behavior. He's truthful, a reliably "good guy" if there ever was one.

Please do what you can to return Billy to his family and community. If he is released, he will be welcomed back home in Castroville where he will live next door to us with his sister and our son. If I can help him by doing anything more, either in person or online, I will be grateful to have a chance to do so.

Very Sincerely,

Toni Mullins

## William Fagan

Dennis Chilton <dcstrimshop@yahoo.com>
Fri 7/30/2021 9:21 PM
**To:** akobs@hotmail.com <akobs@hotmail.com>

To whom it may concern,

We believe William made friends with some not very good people. To believe that a man driving an old beat up Honda, rarely had money after he paid his bills, was a drug dealer, is pretty far fetched. William previously went through probation with flying colors, held a job, drug free, and was there for anyone who needed help, our neighbors, our family members and our friends. We trusted William in our home, with our daughters and granddaughter. It is obvious, he made some poor decisions being friends with the other men who are associated with this case. We have an apartment attached to our shop behind our home where he can stay and he will have a job working for us in our upholstery shop. He is very loved by all around him. He was frequently called first by friends and family if someone needed help around their house or just needed a shoulder. We truly don't know anyone who didn't like William. We are praying for for the justice system to be true and fair when considering all statements of the others involved in this case, from people who are attempting to avoid their own prosecution.

We are looking forward to welcoming William back home.

Sincerely,

Becky Fagan
Dennis Chilton

## To Whom It May Concern:

Vickie Wong <vkwong8@icloud.com>
Sun 4/25/2021 5:52 PM
**To:** Adam Kobs <adam@adamkobslaw.com>

To Whom It May Concern:

My name is Vickie Wong and I would like to speak on behalf of
William George Fagan who is incarcerated in Karnes County Correctional Facility. Firstly, a little about myself, I have a MBA in finance and was Vice President in several commercial banks in San Francisco for 35 years. I was one of the first women in Rotary International in 1986 and received outstanding Rotarian of the year in 1987. I subsequently was president in my Rotary Club for three terms. I had a very successful career.

I am Chinese American and my family has lived in San Antonio for over 100 years. My grandfather got safe passage into Texas with General Pershing due to the aide the Chinese men provided to Gen. Pershing and his troops during the Mexican War.
Due to death threats from Pancho Via to the Chinese men, Gen. Pershing helped the original Chinese men into San Antonio and my grandfather worked at Fort Sam for several years before opening a restaurant on the West Side of San Antonio.

I attended Thomas Jefferson High School and my education at this school helped steer my life and success. In addition, I started working in my parents store on the East side at the age of eight. My parents and the Chinese Community orchestrated the success we as a group accomplished. Although I am the only person in my family to have a MBA, I have three cousins who are physicians, one who is a Physician's Assistant,
One who worked for the FBI, several who are accountants, etc.

Although I left San Antonio in 1971 and received my degrees in the Bay Area, I always came home to San Antonio 1-2 times a year. It is this same loyalty and reverence to my parents that I returned to San Antonio and gave up a life of 40 years in San Francisco to care for my ailing Mother.
My Mother passed in 2013 and I have lived in San Antonio for 10 years.

I live on the North West Side off De Zavala and it is here I met Billy Fagen. I didn't know him but I met him while working on my front lawn. At first he would just wave to me when he was going to work, then little by little he would help me with the lawn. I always trusted him and I felt he was of good character. Eventually, I asked him to help me with various projects in the house (changing the toilet, replacing the kitchen faucet, remodeling the bathroom, etc.) He is very talented in areas of handy work that I did not know how to complete. In fact, he is a handyman in many fields. Also, a good auto mechanic.

The reason I explained my life is that not all people grow up the way I did.
From what I know, Billy was a foster child and he had a challenging life where two of his foster brothers committed suicide. I do not know all the obstacles he faced in his life but I can definitely empathize with all the hurdles he had. For this reason, we as a community, must help one another.

Please give William George Fagan another chance in life to prove himself and be an asset in the

community.

Sincerely,

Vickie A. Wong

13022 North Run
San Antonio, TX 78249
415-812-5069

Sent from my iPhone

## William Fagan

Lindsay Fagan-Rendon <lfaganrendon@gmail.com>
Sat 7/31/2021 1:14 PM
**To:** akobs@hotmail.com <akobs@hotmail.com>

Hello,

My name is Lindsay Fagan-Rendon, and I am Billy's niece. I was asked to write an email about my Uncle Billy, and I happily agreed to doing this because I feel as though it is what is right. Billy moved in with my mom and I my senior year of high school, and he immediately fit right back into the family. He was always asking if we needed help with anything, surprised us by cleaning our cars, and always made sure that he was around if we needed an extra hand. Billy helped me move into my first apartment in another city a year later, and he made sure that we were going to be safe by installing dead bolts into both doors. He was constantly worrying about others safety, and others happiness and those are the reasons why I know he has a good heart. William Fagan is a man that put his trust and faith into people that didn't deserve it, but that doesn't mean that he doesn't deserve it. He's a man who looks out for others, and is always willing to be there. Those qualities aren't qualities of a man that deserves to be put away for years and years when he can be a functioning, and capable member of society.

I don't know what this email is going to do, or if it will change anything, but I hope that it lets you see that the man standing before you is more than what you are charging him for. He's worth more than the sentence you're going to give him, and he's worth more than the situations he's gotten into. He's a good man who got caught up with the wrong people, and the one who always has the biggest heart ends up being the one that gets blamed for it all. That isn't right, and that isn't fair, and I hope the system we are supposed to put our faith into sees that.