UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| V. | § | CAUSE NO. SA:19-CR-00034-DAE(1) |
| | § | |
| WILLIAM GEORGE FAGAN, III | § | |

**AGREED MOTION FOR SENTENCE REDUCTION**

Defendant, by and through undersigned counsel, moves for a sentence reduction based on the Sentencing Commission's retroactive reduction to the criminal history guidelines. *See* 18 U.S.C. § 3582(c)(2); Federal Rule of Criminal Procedure 43(b)(4).

The U.S. Sentencing Commission made Parts A and B, Subpart 1, of Amendment 821 retroactively applicable to previously sentenced defendants. *See* U.S.S.G. App. C., amend. No. 825; U.S.S.G. §1B1.10, p.s. (eff. Nov. 1, 2023). Part A of the amendment addresses guideline §4A1.1 status points, decreasing them by one point for individuals with seven or more criminal history points and eliminating status points for those with six or fewer criminal history points.

As a result of this retroactive amendment, a reduction from Defendant's current sentence is appropriate as set forth in the agreed order styled Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). A reduction is consistent with the Sentencing Reform Act, the guideline policy statements, and 18 U.S.C. § 3553(a). If the reduction is less than the amount of time the defendant has already served, the sentence should be reduced to a time-served sentence. U.S.S.G. §1B1.10 cmt. n.3.

AUSA Greg Surovic has been consulted, and the Government joins in requesting issuance of the agreed order.

FOR THESE REASONS, Defendant requests that the Court reduce Defendant's sentence as set out in the agreed order.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ KRISTIN M. KIMMELMAN
Supervisory Assistant Federal Public Defender
Western District of Texas
300 Convent Street, Suite 2300
San Antonio, Texas 78205
(210) 472-6700
(210) 472-4454 (Fax)
State Bar Number: 24072048

*Attorney for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, I electronically filed the foregoing Agreed Motion for Reduction of Sentence with the Clerk of Court using the CM/ECF system. I also delivered, via electronic mail, the document to Greg Surovic, Assistant United States Attorney, 601 N. W. Loop 410, Suite 600, San Antonio, Texas 78216, and to Felicia Lewis, Supervising Probation Officer, U.S. Probation Office, 262 West Nueva Street, Room 1-100, San Antonio, Texas 78207.

/s/ KRISTIN M. KIMMELMAN

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
William George Fagan, III

Case No: 5:19-CR-00034-DAE(1)
USM No: 72009-004

Date of Original Judgment: 10/19/2021
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

Kristin M. Kimmelman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 92 months **is reduced to** 82 .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

It is further **ORDERED** that any pro se motion for reduction of sentence under Amendment 821 is **DISMISSED AS MOOT**.

It is further **ORDERED** that, if this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time-served sentence.

Except as otherwise provided, all provisions of the judgment dated 10/19/2021 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ____________

____________
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

David A. Ezra, U.S. District Judge
*Printed name and title*