PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
March 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ps
DEPUTY

## Report on Offender Under Supervision

Name of Offender: William George Fagan, III    Case Number: 5:19-CR-00034-DAE(1)

Name of Sentencing Judicial Officer: Honorable David A. Ezra, Senior United States District Judge

Date of Original Sentence: September 27, 2021

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(A), & 846

Original Sentence: Ninety-two (92) months imprisonment followed by five (5) years of supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: April 5, 2024

---

### PREVIOUS COURT ACTION

None.

### NONCOMPLIANCE SUMMARY

On September 27, 2021, Mr. Fagan III appeared before the Honorable David A. Ezra, Senior U.S. District Judge for the Western District of Texas, for sentencing after entering a guilty plea to the following offense: Ct. 1: Conspiracy to Possess with Intent to Distribute. He was sentenced to ninety-two months imprisonment to be followed by a five (5) year term of supervised release. Mr. Fagan III commenced his term of supervised release on April 5, 2024.

Since his release from custody, Mr. Fagan III has established stable residence in Castroville, Texas, and full-time employment as a mechanic. On July 31, 2024, he successfully completed substance abuse treatment with Lifetime Recovery. All drug tests have been clear of any illegal substances and Mr. Fagan III has complied with all other conditions of supervised release.

On January 30, 2025, the 451st Judicial District in Kendall County, Texas, issued a warrant for Mr. Fagan III's arrest, in Cause No. 6965. According to the indictment filed with the court, on or about November 6, 2018, Mr. Fagan III knowingly possessed a controlled substance (amphetamine), between one to four grams. According to the police report, Mr. Fagan III was arrested during a traffic stop on November 6, 2018, for possession of Adderall without a prescription. On February 6, 2025, the probation officer advised the defendant about this pending matter. Mr. Fagan III was subsequently arrested and released on bond. He is scheduled for arraignment on April 10, 2025.

Considering the pending drug offense occurred prior to the start of the term of supervised release, the probation officer recommends no further action in this matter. As such, this report is merely being provided to the Court for informational purposes only.

Approved:

Jennifer R. Cordova
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55365

Respectfully submitted,

Hector Medina
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55325
Date: March 11, 2025

cc: Margaret Feuille Leachman
Assistant U.S. Attorney

Brenda Trejo-Olivarri
Assistant Deputy Chief U.S. Probation Officer

---

☒ Approved as submitted.

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other ______________________________

Honorable David A. Ezra
Senior U.S. District Judge

03/28/2025
Date